THE STATE EX REL. STANFAR, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Stanfar v. Indus. Comm.* (2000), 90 Ohio St.3d 68.]

(No. 00–15—Submitted July 25, 2000—Decided September 20, 2000.)

---

*Tablack, Wellman, Jeren, Hackett & Skoufatos Co., L.P.A., John A. Jeren, Jr.,* and *Edward J. Hartwig,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Mary Ann O. Rini,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

---

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals and order the Industrial Commission to comply with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.